UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY TRAVON HICKMAN, | ) | CASE NO. CV 10-6334-PA (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| M. MCDONALD, Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: January 18, 2012

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV06334PA(PJW)-J.wpd